**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PB 6 LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4772263** |
| 4. | **Debtor's address** | **Principal place of business** <br> **3401 Grande Vista Drive # 672** <br> **Newbury Park, CA 91319** <br> Number, Street, City, State & ZIP Code <br><br> **Ventura** <br> County <br><br> **Mailing address, if different from principal place of business** <br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **5317-5149 1/2 Colfax Avenue Los Angeles, CA 91607** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **PB 6 LLC** _____    Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **PB 6 LLC** _____    Case number (_if known_) _____
     Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

| Debtor | **PB-1, LLC** | Relationship | **Affiliate of the Debtor** |
|---|---|---|---|
| District | **Central District San Fernando Valley Division**    When **11/27/18** | Case number, if known | **1:18-bk-12855-MT** |

**11. Why is the case filed in _this district_?**

_Check all that apply:_

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    _Check one:_

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **PB 6 LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　Name

| 16. Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **PB 6 LLC** _____ Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/22/2021
           MM / DD / YYYY

X _/s/ signature_____     **Adam Goldberg**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _/s/ signature_____     Date _____
Signature of attorney for debtor     MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403**
Number, Street, City, State & ZIP Code

Contact phone  3106595444     Email address  jeffrey@shinbrotfirm.com

**155486 CA**
Bar number and State

UNITED STATES BANKRUPTCY COURT
Central District of California

**RESOLUTION OF BOARD OF DIRECTORS OF
PB-6, LLC,
A CALIFORNA LIMITED LIABILITY COMPANY**

We, Brian Peters and Adam Goldberg, declare under penalty of perjury that we are the Managing Members of **PB-6, LLC**, a California Limited Liability Company ("PB6"), and that on February 19, 2021, the following resolution was duly adopted by the Board of Directors of this corporation:

Whereas, it is in the best interest of PB6 to seek the protection of the United States Bankruptcy Court in order to restructure its debts and having filed for relief under Chapter 11 with consent of PB6's Board of Directors;

Be It Therefore Resolved, that Adam Goldberg, Managing Member of PB6, is authorized to execute and deliver all documents necessary for PB6's case under chapter 11 of the United States Bankruptcy Code; and

Be It Further Resolved, that Adam Goldberg, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Adam Goldberg is authorized and directed to employ Jeffrey S. Shinbrot, A Professional Law Corporation to represent PB-6, LLC, in such bankruptcy case.

Executed on: 2/22/21    Signed: _____
                                Brian Peters
                                Managing Member
                                PB-6, LLC

Executed on: 2/22/21    Signed: _____
                                Adam Goldberg
                                Managing Member
                                PB-6, LLC

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | PB 6 LLC | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known): | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| David C. Perlsweig 19953 Archwood Street Winnetka, CA 91306 | | Trade debtor. | | | | $7,500.00 |
| Dirt Help Inc. 16350 Ventura Blvd., Suite D510 Encino, CA 91436 | dirthelp@gmail.com 818-310-4477 | Trade debt. | | | | $4,926.26 |
| Edward Friedman, Esquire Turner Friedman Morris & Cohan LLP 8383 Wilshire Blvd., Suite 510 Beverly Hills, CA 90211 | | Legal services | | | | $24,000.00 |
| Fundrise Lending, LLC 1601 Connecticut Avenue NW Third Floor Washington, DC 20009 | Fidelity Natinal Title Company 916-636-0114 | Real property generally located at 5137 & 5145-5149 Colfax Avenue, Valley Village, CA 91601 | | $8,120,000.00 | $4,250,000.00 | $3,870,000.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>jeffrey@shinbrotfirm.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**PB 6 LLC**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 2/22/21

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                F 1007-1.MAILING.LIST.VERIFICATION

PB 6 LLC
3401 Grande Vista Drive # 672
Newbury Park, CA 91319


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


Ballard Spahr LLP
Attn: Jeffrey S. Pitcher, Esquire
1 E. Washington St., Suite 2300
Phoenix, AZ 85004


David C. Perlsweig
19953 Archwood Street
Winnetka, CA 91306


Dirt Help Inc.
16350 Ventura Blvd., Suite D510
Encino, CA 91436


Edward Friedman, Esquire
Turner Friedman Morris & Cohan LLP
8383 Wilshire Blvd., Suite 510
Beverly Hills, CA 90211


Fidelity National Title Company
1101 Investment Blvd., Suite 710
El Dorado Hills, CA 95762-2000


Fundrise Lending, LLC
1601 Connecticut Avenue NW
Third Floor
Washington, DC 20009

Fundrise West Coast Opportunistic
Reit, LLC
c/o Fundrise Advisors, LLC
1601 Connecticut Avenue NW 3rd FL
Washington, DC 20009


Rise Companies Corp
11 Dupont Circel NW 9th Fl
Washington, DC 20036